IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08-4039-01-CR-C-SOW |
| | ) | |
| RUFINA HERNANDEZ-RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court is the Report and Recommendation (Doc. # 12) of United States Magistrate Judge William A. Knox regarding defendant Rufino Hernandez-Ruiz's entry of a plea of guilty. On November 4, 2008, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count I of the indictment filed on September 12, 2008. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary and that the offenses to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Rufino Hernandez-Ruiz's plea of guilty shall be accepted and that defendant Hernandez-Ruiz be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report on defendant Hernandez-Ruiz be prepared as soon as possible.

_/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: ___11/13/2008_____